1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

2

3 | **E-FILING**

4

ORIGINAL
FILED
07 SEP 28 AM II: 26
RICHARD W. WIEKING
U.S. DISTRICT CLERK
NO. DISTRICT COURT
S.J.

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,          **CR** No **07  00622**     JF

12 |         Plaintiff,              ) VIOLATIONS:                                    HRL
                                     ) 18 U.S.C. § 2252(a)(4)(B) - Possession of
13 |         v.                      ) Matters Containing Any Visual Depiction of
                                     ) a Minor Engaging in Sexually Explicit
14 | MARK ALFRED FIRST,              ) Conduct; 18 U.S.C. §§ 2253(a)(1) & (a)(3)-
                                     ) Criminal Forfeiture
15 |         Defendant.              )
                                     ) SAN JOSE VENUE
16 | _____)

17

18 |                    I N F O R M A T I O N

19 | The United States Attorney charges:

20 | COUNT ONE:   (18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual
                  Depiction of a Minor Engaging in Sexually Explicit Conduct)

21

22 | On or about January 25, 2005, in the Northern District of California, the defendant,

23 |                      MARK ALFRED FIRST,

24 | did knowingly and intentionally possess certain matter, to wit, images, which visual depictions

25 | had been mailed and transported in interstate and foreign commerce by any means, including by

26 | computer, and the producing of which visual depictions (1) involved the use of one and more

27 | minors engaging in sexually explicit conduct, and (2) were of such conduct, in violation of Title

28 | 18, United States Code, Section 2252(a)(4)(B).

INFORMATION

1  FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

2      1.  The allegations contained in Count One of this Information are hereby realleged and by

3  this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18,

4  United States Code, Section 2253.

5      2.  Upon conviction of the offense alleged in Count One above, the defendant,

6                          MARK ALFRED FIRST,

7  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)

8  and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all

9  property, real or personal, used or intended to be used to commit or promote the commission of

10 the offenses of conviction, including the following computer seized from the defendant's

11 residence:  Hewlett Packard Pavilion Computer, serial no.GFDP13420236A.

12

13 Dated: 9/27/2007                    SCOTT N. SCHOOLS
                                       United States Attorney
14

15

16                                     DAVID R. CALLAWAY
                                       Deputy Chief, San Jose Branch Office
17

18 (Approved as to form:          )
                   AUSA FAZIOLI
19

20

21

22

23

24

25

26

27

28


INFORMATION                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ORIGINAL  ☐ SUPERSEDING  FILED

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 USC 2252(a)(4)(B) - Poss. of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; 18 USC 2253(a)(1) & (a)(3) - Criminal Forfeiture

**E-FILING**

PENALTY:

10 years Imprisonment, $250,000 Fine, Life Term Supervised Release; $100 Special Assessment and Registration as a Sex Offender

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

07 SEP 28   AM 11: 26

RICHARD W. WIEKING
CLERK
NO DIST COURT

**DEFENDANT - U.S.**

MARK ALFRED FIRST

DISTRICT COURT NUMBER

CR 07 00622 HRL

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

DHS-ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Joseph A. Fazioli

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges        } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed ___ Month/Day/Year

DATE OF ARREST ▶ ___

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ ___ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: ___

If Summons, complete following:

☐ Arraignment  ☒ Initial Appearance

Defendant Address:

Mark First, c/o John Hinkle and Richard Pointer, Esq.; 2007 West Hedding Street, Suite 100 San Jose, CA 95128.

Comments:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: October 11, 2007 9:30am

Before Judge: Hon. Richard Seeborg