AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: CR07-00622 JF

I, **MARK ALFRED FIRST**, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **OCTOBER 11, 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

OCT 1 1 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

ALBIE B. JACHIMOWICZ

Before _____
Judicial Officer