**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, October 31, 2007
**Case Number:** CR-07-00622-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | UNITED STATES OF AMERICA V. MARK FIRST | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | United States | Mark First |
| | **Attorneys Present:** John Glang | **Attorneys Present:** Richard Pointer |

---

PROCEEDINGS:

    Status review hearing held.  Counsel and defendant are present.
Continued to 12/5/07 at 9:00 a.m. for further status review.  35 days are excluded for the reasons stated.