**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding St., Suite 100
San Jose, Ca 95128
Telephone:  (408) 246-5500
Facsimile:  (408) 246-1051

Attorneys for Defendant
**MARK ALFRED FIRST**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARK ALFRED FIRST,<br><br>　　　　Defendant.<br>_____ | NO: CR-07-00622 (JF)<br><br>**REQUEST FOR TRAVEL ORDER** |

　　　　Mark Alfred First, through his attorney of record, Richard P. Pointer, hereby requests a travel order permitting him to travel to Fairfield, California on November 22, 2007, to spend Thanksgiving with his brother, John A. First and his family.

　　　　My staff has spoken with Laura Weigel, his Pre-Trial Services officer, and she has no objection to this request. My staff has also spoken with Assistant U.S. Attorney Joseph Fazioli, and he has no objection to this travel request.

Dated: November 14, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Richard P. Pointer
　　　　　　　　　　　　　　　　　　　　　　Attorney for Mark Alfred First

1

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 146-1051

Attorneys for Defendant
**MARK ALFRED FIRST**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-07-00622-JF |
| Plaintiff, ) | |
| ) | **TRAVEL ORDER** |
| vs. ) | |
| ) | |
| MARK ALFRED FIRST, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon application by Mark Alfred First, by and through his attorney of record, Richard P. Pointer, the court hereby grants Mr. First's travel order request for November 22, 2007, to Fairfield, California, to spend Thanksgiving with his brother, John A. First and his family. All other conditions of Mr. First's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: November _____, 2007

_____
RICHARD SEEBORG
Magistrate Judge of the United States District Court

2