RICHARD P. POINTER, ESQ., SBN: 86630
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:  (408) 246-5500
Facsimile:  (408) 146-1051

Attorneys for Defendant
**MARK ALFRED FIRST**

**FILED**
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-07-00622-JF |
| Plaintiff, | |
| vs. | **TRAVEL ORDER** |
| MARK ALFRED FIRST, | |
| Defendant. | |

Upon application by Mark Alfred First, by and through his attorney of record, Richard P. Pointer, the court hereby grants Mr. First's travel order request for November 22, 2007, to Fairfield, California, to spend Thanksgiving with his brother, John A. First and his family. All other conditions of Mr. First's pretrial release shall remain as previously ordered.

SO ORDERED.

Dated: November 20, 2007

_____
RICHARD SEEBORG
Magistrate Judge of the United States District Court

2