**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:    (408) 246-1051

Attorneys for Defendant
**MARK ALFRED FIRST**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-07-00622(JF) |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 5, 2007 STATUS CONFERENCE AND EXCLUDE TIME |
| vs. ) | |
| MARK ALFRED FIRST ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Joseph Fazioli, counsel for plaintiff, and Richard P. Pointer, counsel for defendant, Mark Alfred First in the above mentioned case, that the status conference now scheduled for December 5, 2007 at 9:00 a.m., is continued to December 19, 2007, at 9:00 a.m., or as soon thereafter as is convenient to the Court.

It is agreed between the parties that the following reasons exist for this stipulation:

(1) Defense counsel is in trial in state court in the matter of People vs. Anthony Uckele, case number: CC633434.

No party objects to the requested continuance.

IT IS FURTHER STIPULATED that the time for trial under the Speedy Trial Act continue

---
**ORDER OF COURT**                                        1

1  to be excluded from December 5, 2007, through December 19, 2007, pursuant to 18 U.S.C. section
2  3161(h)(8) (A) and (B)(ii) and (iv), Local Codes T-2 and T-4.
3      IT IS SO STIPULATED.
4  Dated: November 26, 2007

    JOSEPH FAZIOLI
5      Counsel for Plaintiff

6  Dated: November 26, 2007

    RICHARD P. POINTER
7      Counsel for MARK ALFRED FIRST

**ORDER OF COURT**    2

1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:    (408) 246-5500
   Facsimile:    (408) 246-1051
4
   Attorneys for Defendant
5  **MARK ALFRED FIRST**

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,    )    NO: CR-07-00622 (JF)
                                )
13         Plaintiff,            )
                                )    **ORDER CONTINUING**
14     vs.                       )    **STATUS CONFERENCE**
                                )    **AND EXCLUDING TIME**
15 MARK ALFRED FIRST,            )
                                )
16         Defendant.            )
   _____)

17     Accordingly, for good cause shown,

18     IT IS HEREBY ORDERED that the status conference scheduled for December 5, 2007 is

19 continued to December 19, 2007, at 9:00 a.m.

20      THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from

21 December 5, 2007 to December 19, 2007.  The court finds, based on the aforementioned reasons,

22 that the ends of justice is served by granting the requested continuance outweigh the best interest of

23 the public and the defendant in a speedy trial.   The Court therefore concludes that this exclusion of

24 time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

25     SO ORDERED.

26 Dated: November____, 2007                     _____
                                                 JEREMY FOGEL
27                                               United States Judge

28
   _____
   **ORDER OF COURT**                    3