UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, December 19, 2007
**Case Number:** CR-07-00622-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. MARK FIRST**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Mark First |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Richard Pointer |

PROCEEDINGS:

Further status review hearing held.  Counsel and defendant are present.  Continued to 1/23/08  at 9:00 a.m. for disposition/trial setting.  35 days are excluded for the reasons stated.