UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, Janaury 23, 2008
**Case Number:** CR-07-00622-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   UNITED STATES OF AMERICA V. MARK FIRST

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Mark First |
| Attorneys Present: Joseph Fazioli | Attorneys Present: Richard Pointer |

PROCEEDINGS:

   Further status review hearing held.  Counsel and defendant are present.  The Court sets the case for jury trial on 4/11/08 at 1:30 p.m., pretrial conference on 4/4/08 at 11:00 a.m, and further status review on 2/20/08 at 9:00 a.m. 28 days are excluded for the reasons stated.