UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, February 27, 2008
**Case Number:** CR-07-00622-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **UNITED STATES OF AMERICA V. MARK FIRST**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Mark First |
| Attorneys Present: Joseph Fazioli | Attorneys Present: Richard Pointer |

PROCEEDINGS:
   Further status review hearing held.  Counsel and defendant are present.  Continued to 3/26/08 at 9:00 a.m. for disposition.