# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, March 26, 2008
**Case Number:** CR-07-00622-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. MARK FIRST**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Mark First |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Richard Pointer |

---

PROCEEDINGS:

Disposition hearing held. Counsel and defendant are present. Defendant pleads guilty to count 1 of the Information. Continued to 6/4/08 at 9:00 a.m. for sentencing. Defendant's motion to reconsider remand is denied. Defendant is remanded today.