1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **Case No.  CR 06-00622 JF** |
| Plaintiff, | ) |
| | ) **[PROPOSED] PRELIMINARY** |
| v. | ) **ORDER OF FORFEITURE** |
| | ) |
| MARK ALFRED FIRST, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on March 26, 2008, wherein the defendant's admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Mark Alfred First shall forfeit to the United States all of his right, title and interest in:

Hewlett Packard Pavilion Computer, serial no GFDP13420236A

pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property  must file a petition

1  with the Court and serve a copy on government counsel within thirty (30) days of the final

2  publication of notice or of receipt of actual notice, whichever is earlier.

3      IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal

4  Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at

5  the time of sentencing and shall be made part of the sentence and included in the judgment.

6      IT IS SO ORDERED this __8th__ day of ____April____ 2008.

7

8                                         _____

9                                         JEREMY FOGEL
                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] PRELIMINARY ORDER OF FORFEITURE                                    2
    CR 06-005622 JF