1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 246-1051
4
   Attorneys for Defendant
5  **MARK A. FIRST**

6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10
   UNITED STATES OF AMERICA,         )    NO: CR-07-00622 (JF)
11                                   )
              Plaintiff,             )    **STIPULATION AND**
12                                   )    **[PROPOSED] ORDERED TO**
        vs.                          )    **CONTINUE THE JUNE 4,**
13                                   )    **2008 SENTENCING DATE**
   MARK A. FIRST,                    )
14                                   )
              Defendant.             )
15 _____ )

16     IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Joseph

17 Fazioli, counsel for plaintiff, and Richard P. Pointer, counsel for the defendant in the above

18 mentioned case, that the sentencing hearing now scheduled for June 4, 2008, at 9:00 a.m., is

19 continued to July 11, 2008, at 9:00 a.m., or as soon thereafter as is convenient to the Court. This

20 continuance is sought by the defense because due to my commitment to a state trial for the past two

21 weeks I have been unable to meet the deadlines set forth by the Federal Probation Department to

22 complete the Presentence Report.

23         IT IS SO STIPULATED.

24 Dated: May 12, 2008                        /s/
                                              JOSEPH FAZIOLI
25                                            Counsel for Plaintiff

26 Dated: May 12, 2008                        /s/
                                              RICHARD P. POINTER
27                                            Counsel for MARK A. FIRST

28

**ORDER OF COURT**                    1

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:    (408) 246-1051

Attorneys for Defendant
**MARK A. FIRST**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-05-00622 (JF) |
| Plaintiff, ) | |
| ) | ORDER FOR CONTINUANCE |
| vs. ) | |
| ) | |
| MARK A. FIRST, ) | |
| ) | |
| Defendant. ) | |

Accordingly, for good cause shown,

The Court Hereby Orders that the sentencing hearing scheduled for June 4, 2008, is continued to July 11, 2008, at 9:00 a.m.

SO ORDERED.

Dated: May _____, 2008

_____
JEREMY FOGEL
United States Judge

**ORDER OF COURT**                                2