\*\*E-filed 7/10/08\*\*

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:  (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Defendant
**MARK A. FIRST**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NO: CR-07-00622 (JF)** |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDERED TO CONTINUE THE JULY 11, 2008 SENTENCING DATE** |
| vs. ) | |
| MARK A. FIRST, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Joseph Fazioli, counsel for plaintiff, and Richard P. Pointer, counsel for the defendant in the above mentioned case, that the sentencing hearing now scheduled for July 11, 2008, at 9:00 a.m., is continued to July 17, 2008, at 9:00 a.m., or as soon thereafter as is convenient to the Court.

IT IS SO STIPULATED.

Dated: July 8, 2008                                                  /s/
                                                                    JOSEPH FAZIOLI
                                                                    Counsel for Plaintiff

Dated: July 8, 2008                                                  /s/
                                                                    RICHARD P. POINTER
                                                                    Counsel for MARK A. FIRST

**ORDER OF COURT**                              1

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051

Attorneys for Defendant
**MARK A. FIRST**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NO: CR-05-00622 (JF)** |
| Plaintiff, ) | |
| vs. ) | **ORDER OF COURT CONTINUING SENTENCING DATE** |
| MARK A. FIRST, ) | |
| Defendant. ) | |

Accordingly, for good cause shown,

The Court Hereby Orders that the sentencing hearing scheduled for July 11, 2008, at 9:00 a.m., is continued to July 17, 2008, at 9:00 a.m.

SO ORDERED.

Dated: July __10__, 2008

_____
JEREMY FOGEL
United States Judge

**ORDER OF COURT**                             2