**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, July 17, 2008
**Case Number:** CR-07-00622-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **UNITED STATES OF AMERICA V. MARK FIRST**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Mark First |
| **Attorneys Present:** Joseph Fazioli | **Attorneys Present:** Richard Pointer |

---

PROCEEDINGS:

Judgment and sentencing hearing held. Counsel and defendant are present. Defendant is sentenced to 36 months prison on count 1 of the Information; 5 years supervised release; $100.00 special assessment; and $3,000.00 fine.